**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

v.                              4:02CR00213-01-WRW

**CHRISTOPHER LAVELL McFADDEN**

**ORDER DENYING SENTENCE REDUCTION**

Pending are Defendant's *pro se* Motion to Reduce Sentence (Doc. No. 117) and Motion to Amend Brief in Support (Doc. No. 119).  Defendant requests a reduction of his sentence under 18 U.S.C. § 3582(c)(2), based upon the retroactive application of the crack cocaine penalty reduction imposed by the United States Sentencing Commission, effective March 3, 2008.  After reviewing the case, I find that Defendant is not entitled to a reduction of his sentence.

Not every person sentenced for a crack cocaine offense is eligible for a sentence reduction.  Only those persons currently serving a sentence determined or affected by a sentencing range calculated using the drug quantity table, U.S.S.C. § 2D1.1, are potentially eligible.  Even then, there are some defendants for whom the recalculated guideline range, using amended § 2D1.1, will be equal to the original guideline range.  In such cases, the defendant is not entitled to a sentence reduction.

Defendant was originally sentenced to a statutory maximum sentence of 108 months.  His original guideline range was 188-235 months.  Following a Rule 35 motion by the Prosecution, I determined that a 1/3 reduction was appropriate, and Defendant's sentence was reduced to 72 months.

Applying the amended version of § 2D1.1, Defendant's recalculated guideline range is 151-188 months.  A 1/3 reduction from 151 months is 101 months, which is greater than the 72

2

month sentence which was previously imposed.  Additionally, both the original and recalculated guideline ranges applicable in this case are <u>greater</u> than the statutory maximum sentence. Mr. McFadden is serving a sentence determined by statute rather than the sentencing guidelines.

**CONCLUSION**

Since Defendant's sentence is unaffected by the retroactive crack cocaine amendment to § 2D1.1, his Motion to Reduce Sentence (Doc. No. 117) is DENIED.  The Motion to Amend Brief (Doc. No. 119) is MOOT.

IT IS SO ORDERED this 27th day of February, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE