**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

v.                        **4:02-CR-00213-01-WRW**

**CHRISTOPHER LAVELL McFADDEN**

**ORDER**

Defendant's Motion for Reconsideration (Doc. No. 129) is DENIED.

IT IS SO ORDERED this 28th day of March, 2008.

                                             /s/ Wm. R. Wilson, Jr._____
                                             UNITED STATES DISTRICT JUDGE